NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Judi.Harper@usdoj.gov
Assistant United States Attorney
310 West Sixth Street
Medford, Oregon  97501
Telephone:  (541) 776-3564
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case no. 6:24-mc-726** |
| **Plaintiff,** | |
| **v.** | **UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |
| **$216,458.00 U.S. CURRENCY and $54,085.00 U.S. Currency,** *in rem*, | |
| **Defendants.** | |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted Paul Ferder, attorney for claimant Joshua Herrington, who concurs with this extension.

On May 8, 2024, Joshua Herrington filed a claim in a non-judicial civil forfeiture proceeding by the Drug Enforcement Administration to $216,458.00 and $54,085.00 U.S. Currency seized from Joshua Herrington on or about March 5, 2024.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Joshua Herrington, agree to extend the time in which the United States will file a complaint for forfeiture against the

**Unopposed Motion to Extend 90-Day Period**                                    **Page 1**

$216,458.00 and $54,085.00 U.S. Currency or to obtain an indictment alleging that the assets are subject to forfeiture. Joshua Herrington agrees that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to Monday, October 7, 2024.

Joshua Herrington agrees that until the United States files a complaint for forfeiture against the assets and/or obtains an indictment alleging that the assets are subject to forfeiture, or until October 7, 2024, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States and Joshua Herrington shall not seek its return for any reason in any manner.

DATED: **July 11, 2024**

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Motion to Extend 90-Day Period

and a proposed Order on the party herein by sending via email on July 11, 2024 to:

Paul Ferder
pferder@ferder.com
  Attorney for claimant Joshua Herrington

s/ *Dawn Susuico*
DAWN SUSUICO
Paralegal